**Order filed January 29, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00419-CV
_____

**GEORGA A. MORAN, JR AND SUSAN K., MORAN, Appellant**

**V.**

**MEMORIAL POINT PROPERTY OWNERS ASSOCIATION, INC,**
**Appellee**

---

On Appeal from the 411th District Court
Polk County, Texas
Trial Court Cause No. CIV 24596

---

## ORDER

Appellant's filed a motion asking that this court inspect the original of **Plaintiff's Exhibit 5--plat of the Memorial Point subdivision, Defendant's Exhibit 1--color-coded plat of the Memorial Point subdivision, and**

**Defendant's Exhibit 6--photographs depicting other properties with structures or plants in front of the set-back line.**

The clerk of the 411th District Court is directed to deliver to the Clerk of this court the original of Plaintiff's Exhibit 5--plat of the Memorial Point subdivision, Defendant's Exhibit 1--color-coded plat of the Memorial Point subdivision, and Defendant's Exhibit 6--photographs depicting other properties with structures or plants in front of the set-back line, on or before **February 19, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Plaintiff's Exhibit 5--plat of the Memorial Point subdivision, Defendant's Exhibit 1--color-coded plat of the Memorial Point subdivision, and Defendant's Exhibit 6--photographs depicting other properties with structures or plants in front of the set-back line, to the clerk of the 411th District Court.

PER CURIAM